UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHE WANG,

Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

1:26-CV-7906 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Zhe Wang, who is appearing *pro se*, brings this action asserting claims for *mandamus* relief and/or relief under the Administrative Procedure Act. The Court dismisses this action for the following reason.

Plaintiff previously commenced another *pro se* action in this court by filing an identical complaint. That other *pro se* action is pending before the Court. *Wang v. USCIS*, 1:26-CV-7674 (LTS). As this action raises the same claims as raised in *Wang*, 1:26-CV-7674 (LTS), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of *Wang*, 1:26-CV-7674 (LTS).

**CONCLUSION**

The Court dismisses this action without prejudice as duplicative of *Wang*, 1:26-CV-7674 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: September 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge